**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| WIRELESS MOBILE DEVICES LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; AT&T MOBILITY LLC; VERIZON COMMUNICATIONS INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; T-MOBILE US, INC.; SPRINT SOLUTIONS, INC.; and SPRINT SPECTRUM L.P., <br><br> Defendants. | **Case No. 3:13-cv-01880-N** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2

Plaintiff, Wireless Mobile Devices LLC, files this Notice of Compliance with Amended Miscellaneous Order No. 62, paragraphs 3-1 and 3-2, hereby notifying the Court that Plaintiff served its Disclosure of Asserted Claims and Preliminary Infringement Contentions on Defendants' counsel of record on December 4, 2013, via Federal Express and electronic means.

Dated: December 10, 2013                              Respectfully submitted,

/s/ Michael J. Fagan, Jr.

Barry J. Bumgardner
Texas State Bar No. 00793424
barry@nbclaw.net
Attorney-in-Charge
Christie B. Lindsey
Texas State Bar No. 24041918
clindsey@nbclaw.net
Michael J. Fagan, Jr.
Texas State Bar No. 24087490
mfagan@nbclaw.net

NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)

**Attorneys for Plaintiff**
**Wireless Mobile Devices LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Michael J. Fagan, Jr.